**FILED**

Aug 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave, Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DEBRA VOLLE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA VOLLE,<br><br>    Plaintiff,<br><br>vs.<br><br>ICON OWNER POOL 1 SF BUSINESS PARKS, LLC,<br><br>    Defendant | Case No. 21-cv-1601-NC<br><br>**STIPULATION AND ORDER DIMISSING ACTION WITH PREJUDICE** |

Stipulation and Order

DEBRA VOLLE ("Plaintiff") and ICON OWNER POOL 1 SF BUSINESS PARKS, LLC ("Defendant") stipulate pursuant to Fed. R. Civ. P. 41(a)(2) and respectfully request that the Court dismiss this action with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The parties further stipulate and request that the Court retain jurisdiction over the settlement agreement in accordance with General Order No. 56.

Dated: August 2, 2021         /s/ Irene Karbelashvili
                              Irene Karbelashvili, Attorney for Plaintiff
                              DEBRA VOLLE

Dated: August 2, 2021         /s/ David Karlin
                              David Karlin, Attorney for Defendants
                              ICON OWNER POOL 1 SF BUSINESS PARKS, LLC

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

                              /s/ Irene Karbelashvili
                              Irene Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Dated: August 2, 2021

_____
United States Magistrate Judge

